DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

EDWARD DAVID NEALS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1913

———————————————

June 12, 2026

Appeal from the Circuit Court for Sarasota County; Charles E. Williams, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.